UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 FEB 12 P 2: 14
STEPHEN C. DRIES
CLERK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL KIDD,

      Defendant.

Case No. 19-CR _____

[18 U.S.C. §§ 641]

**19-CR-27**

## INDICTMENT

**THE GRAND JURY CHARGES:**

1. Beginning on or about July 1, 2011, and continuing through October 1, 2018, in the State and Eastern District of Wisconsin,

**MICHAEL KIDD**

knowingly stole and converted to his own use a voucher, money, and thing of value exceeding $1,000 belonging to the Social Security Administration ("SSA"), a department or agency of the United States.

2. The money was approximately $63,504 in SSI benefits, which defendant obtained, with the intent to deprive the United States of the use or benefit of that money, by fraudulently applying for and receiving benefits in the name of his brother, S.K.

All in violation of Title 18, United States Code, Section 641.

## FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 641, set forth in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, a sum of money equal to the proceeds derived from the offense.

A TRUE BILL:

FOREPERSON
Dated: 2-12-19

MATTHEW D. KRUEGER
United States Attorney

2